No. 96–9384. WOOTEN *v.* HARTWIG, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 96–9385. WASHINGTON *v.* TEXAS PRISON SYSTEM ET AL. (two judgments). C. A. 5th Cir. Certiorari denied.

No. 96–9386. REEDY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–9387. PARSONS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–9388. PETTIES *v.* UNITED STATES POSTAL SERVICE. C. A. 2d Cir. Certiorari denied.

No. 96–9389. HARRISON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 96–9390. HAUT *v.* UNITED STATES (two judgments). C. A. 3d Cir. Certiorari denied.

No. 96–9391. HENYARD *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 96–9392. HUNT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–9393. SCHMIDT *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–9395. ALLEN *v.* NORTH CAROLINA. Super. Ct. N. C., Halifax County. Certiorari denied.

No. 96–9396. CORDERO *v.* LALOR, JUDGE OF GREENE COUNTY COURT, ET AL. Ct. App. N. Y. Certiorari denied.

No. 96–9397. BROWN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–9398. BEEMAN *v.* IOWA. C. A. 8th Cir. Certiorari denied.

No. 96–9399. SMALL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.